IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARON STORY                                                                                               PLAINTIFF

v.                                         Case No. 1:21-cv-1035

UNUM LIFE INSURANCE COMPANY
OF AMERICA; SHARE FOUNDATION                                                              DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Stipulation of Dismissal. ECF No. 6. Plaintiff indicates that Defendant Share Foundation was improperly named as a Defendant in the Complaint (ECF No. 2) and seeks to have all claims against Share Foundation dismissed.

A plaintiff can dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). No Defendant has filed an answer or a motion for summary judgment in this matter. Thus, Plaintiff's claims against Defendant Share Foundation were effectively dismissed when Plaintiff filed the instant stipulation. However, this order issues for the purpose of maintaining the Court's docket. The dismissal shall be without prejudice because Plaintiff did not state otherwise in her motion. *See* Fed R. Civ. P. 41(a)(1)(B).

Accordingly, Plaintiff's claims against Defendant Share Foundation are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge